UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICHOLAS STILWELL,

    Plaintiff,

v.                                     Case No.  5:10-cv-345-Oc-10TBS

KRYSTAL KOACH, INC.,

    Defendant.

## ORDER

Pending before the Court is Defendant Krystal Koach, Inc.'s Unopposed Motion for Extension of Time to File an Amended Case Management Report.  (Doc. 55).  Defendant, with Plaintiff's agreement, seeks a one-week extension of time for the parties to prepare and file an amended case management report.  Counsel for both parties have conducted a case management conference but need additional time to confer with their clients.

Upon due consideration, Defendant Krystal Koach, Inc.'s Unopposed Motion for Extension of Time to File an Amended Case Management Report (Doc. 55) is GRANTED.  The parties shall file an amended case management report by May 7, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 30, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel