UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NICHOLAS STILWELL,**

    **Plaintiff,**

v.                                         **Case No:5:10-CV-345-Oc-10PRL**

**KRYSTAL KOACH, INC.**

    **Defendant.**
_____/

**ORDER**

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File Petition for the Approval of Fee Contract Under Seal. (Doc. 60).

Pursuant to Rule 4-1.5(f)(4)(B)(ii) of the Rules Regulating the Florida Bar, when a client is unable to obtain an attorney of the client's choice because of the contingent fee limitations in Rule 4-1.5(f)(4)(B)(i), the client may petition the court for approval of "any fee contract" and "such aspect of the file may be sealed." [1] Here, Plaintiff represents that he is unable to retain the attorneys of his choosing based upon the contingent fee

---

[1] This Rule provides in its entirety:
(ii) If any client is unable to obtain an attorney of the client's choice because of the limitations set forth in subdivision (f)(4)(B)(i), the client may petition the court in which the matter would be filed, if litigation is necessary, or if such court will not accept jurisdiction for the fee division, the circuit court wherein the cause of action arose, for approval of any fee contract between the client and an attorney of the client's choosing. Such authorization shall be given if the court determines the client has a complete understanding of the client's rights and the terms of the proposed contract. The application for authorization of such a contract can be filed as a separate proceeding before suit or simultaneously with the filing of a complaint. Proceedings thereon may occur before service on the defendant and this aspect of the file may be sealed. A petition under this subdivision shall contain a certificate showing service on the client and, if the petition is denied, a copy of the petition and order denying the petition shall be served on The Florida Bar in Tallahassee by the member of the bar who filed the petition. Authorization of such a contract shall not bar subsequent inquiry as to whether the fee actually claimed or charged is clearly excessive under subdivisions (a) and (b).

limitations set forth in the Rule. He seeks leave to file a petition to have his fee contract approved under seal so that the terms and conditions of the contract will remain confidential.

Upon due consideration, Plaintiff's Unopposed Motion for Leave to File Petition for the Approval of Fee Contract Under Seal (Doc. 60) is **GRANTED**. Plaintiff is authorized to file a petition for approval of his fee contract (including a copy of the fee contract) in a sealed envelope, clearly labeled with the style of the case, and identifying that the documents are being filed under seal pursuant to this Order of the Court.

**DONE** and **ORDERED** in Ocala, Florida on August 3, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties